**No. 10-436. R. H., By His Parents and Next Friends, Emily H., et vir, Petitioner v. Plano Independent School District.**

562 U.S. 1216, 131 S. Ct. 1471, 179 L. Ed. 2d 300, 2011 U.S. LEXIS 1330.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 607 F.3d 1003.

**No. 10-454. Arizona Cattle Growers' Association, Petitioner v. Ken L. Salazar, Secretary of the Interior, et al.**

562 U.S. 1216, 131 S. Ct. 1471, 179 L. Ed. 2d 300, 2011 U.S. LEXIS 1362.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 606 F.3d 1160.

**No. 10-469. John K. Baldwin, Petitioner v. United States District Court for the District of the Northern Mariana Islands, et al.**

562 U.S. 1216, 131 S. Ct. 1556, 179 L. Ed. 2d 300, 2011 U.S. LEXIS 1314.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-499. Landmark Screens, LLC, Petitioner v. Morgan, Lewis & Bockius LLP, et al.**

562 U.S. 1216, 131 S. Ct. 1472, 179 L. Ed. 2d 300, 2011 U.S. LEXIS 1472.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

Same case below, 183 Cal. App. 4th 238, 107 Cal. Rptr. 3d 373.

**No. 10-508. William Cozzi, Petitioner v. United States.**

562 U.S. 1216, 131 S. Ct. 1472, 179 L. Ed. 2d 300, 2011 U.S. LEXIS 1395.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 613 F.3d 725.

**No. 10-558. Belinda Saunders, Petitioner v. Emory Healthcare, Inc.**

562 U.S. 1216, 131 S. Ct. 1473, 179 L. Ed. 2d 300, 2011 U.S. LEXIS 1389.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 360 Fed. Appx. 110.